UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMPLOYERS INSURANCE COMPANY OF WAUSAU, <br><br>                                    Plaintiff, <br> -v- <br><br> KINGSTONE INSURANCE COMPANY, <br><br>                                    Defendant. | 17 Civ. 3970 (PAE) <br><br> ORDER |

PAUL A. ENGELMAYER, District Judge:

      This case has been transferred to this Court from the docket of the late Hon. Deborah A. Batts. On December 19, 2019, Judge Batts issued an order adopting the Report and Recommendation of United States Magistrate Judge Stewart D. Aaron, and thereby granting plaintiff's motion for partial summary judgment and denying defendant's motion for summary judgment. Dkt. 59. On the Court's review of the docket, it is not clear whether any outstanding issues remain for this Court's resolution.

      The Court accordingly directs counsel to meet and confer, and to file a joint letter on the docket of this case setting forth counsels' views as to (1) whether any issues remain to be resolved at this time, and if so, describing them and proposing a prompt schedule for briefing (or otherwise litigating) them; and (2) if no issues are presented, but issues may arise in the future depending on developments in the underlying action, whether this action should be placed on this Court's suspense docket pending progress in the underlying action. The parties' joint letter is due Friday, February 28, 2020.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: February 20, 2020
New York, New York